UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:26-CR-92-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL COLLINS, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Rodney Couch, through counsel, moves for rearraignment. *See* DE 51. The Court **GRANTS** DE 51, insofar as it seeks a hearing, and pursuant to 28 U.S.C. § 636(b), **REFERS** rearraignment proceedings to United States Magistrate Judge Hanly A. Ingram.[1] In anticipation of rearraignment, the Court **CANCELS** Defendant Couch's jury trial currently set for October 27, 2026. The trial of codefendant Keyshundra Vinson is not cancelled.

This the 13th day of October, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**

[1] Administratively, this terminates the motion, but any substantive request for relief remains pending (for STA purposes) through the resolution of any post-hearing recommendation.