UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY COUCH,

Defendant.

No. 6:26-CR-92-REW-HAI-4

ORDER

*** *** *** ***

Defendant Rodney Couch, through counsel, has moved for rearraignment. D.E. 51. District Judge Wier granted the motion, canceled the trial, and referred rearraignment proceedings to the undersigned. D.E. 52. **IT IS HEREBY ORDERED THAT:**

(1) Defendant's rearraignment proceeding is **SCHEDULED** for **Monday, October 26, 2026**, at **10:30 a.m.,** in London, Kentucky.

(2) If there is a plea agreement, the government **SHALL FILE** it in the record **on or before October 22, 2026**.

This the 14th day of October, 2026.

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**