**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**
**CRIMINAL MINUTES-REARRAIGNMENT AND PLEA**

**Case No.: 6:26-CR-092-4-REW-HAI At: London Date: October 26, 2026**

**U.S.A. vs Rodney Couch _X_ present __ OR _X_ custody AGE: 47**

---

**DOCKET ENTRY: Defendant was placed under oath and questioned by the Court. Consent to Plead Before United States Magistrate Judge executed by Defendant. Further, the Court finds the Defendant to be fully competent and capable of entering an informed plea. Defendant knowingly, voluntarily, and intelligently waived the right to appeal the guilty plea and conviction, but reserves the right to appeal the sentence. Except for claims of ineffective assistance of counsel, Defendant also waived the right to collaterally attack the guilty plea, conviction, and sentence. The plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing the essential elements of the offense of Count 4 of the Indictment. Therefore, the Court recommends that the plea should be accepted and the Defendant should be adjudged guilty of the offense of Count 4 of the Indictment. A separate Recommendation concerning plea acceptance will be entered. The United States will move to dismiss Count 1 of the Indictment at the time of sentencing.**

**Defendant conceded forfeitability of the items specified in the forfeiture allegation of the indictment and admitted a sufficient nexus can be established by the government.**

**The United States filed a copy of the signed plea agreement in the record. The printed original shall be maintained by counsel for the government in the case file.**

---

**PRESENT: HON. HANLY A. INGRAM, UNITED STATES MAGISTRATE JUDGE**

| Joshua Powers | Scott Greiwe (Tele.) | Audio File Number | Andrew Trimble |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Assistant U.S. Attorney |

I, Joshua Powers, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file: KYED-LON_6-26-CR-092-4-REW-HAI_20261026_101036.

**Counsel for Def: Kathryn Walton _X_ present _X_ CJA __ retained**

**PROCEEDINGS: RE-ARRAIGNMENT AND GUILTY PLEA**

**_X_ Copy of Indictment previously given to Defendant.**

**_X_ Defendant states true name is Rodney Delone Couch.**

**_X_ Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P. _X_ Indictment Read.**

**_X_ Defendant moves to CHANGE PLEA to Count 4 of the Indictment. _X_ Court grants motion.**

**X** Defendant pleads **X** GUILTY to **Count 4 of the Indictment**. __ Not guilty to count(s).

__ **PLEA AGREEMENT shall be filed in the record.**

**X** **The transcript shall be deemed the written findings of the Court.**

__ **Court orders a Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.**

**X** **The Court verified that the United States was pursuing appropriate notification of potential victim(s), per 18 U.S.C. § 3771.**

__ **Defendant shall remain on bond and conditions of release as previously imposed.**

**X** **Defendant remanded to the custody of the United States Marshal.**

**X** **Jury trial previously canceled, D.E. 52.**

**X** **Sentencing to be set by separate order.**

**Copies: COR, USP, USM**

**Clerk's Initials: jp**

| |
|---|
| **TIC: 44 min.** |

**Signed By:**
***Hanly A. Ingram***
**United States Magistrate Judge**