Eastern District of Kentucky
FILED
OCT 26 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA, )
)
Plaintiff, ) No. 6:26-CR-092-4-REW-HAI
)
v. ) CONSENT TO PLEAD BEFORE UNITED
) STATES MAGISTRATE JUDGE
RODNEY COUCH, )
)
)
Defendant.

*** *** *** ***

Defendant, RODNEY COUCH, having moved for rearraignment, consents to enter a plea, under Federal Rule of Criminal Procedure 11, before United States Magistrate Judge Hanly A. Ingram, and consents to the Magistrate Judge making a recommendation concerning acceptance of the plea to a District Judge. Defendant further acknowledges the following, under penalty of perjury:

1. Defendant understands that he/she has the right to appear personally and enter a plea before a United States District Judge, but that he/she may consent to plead before a United States Magistrate Judge.

2. By consenting, Defendant understands that the United States Magistrate Judge will conduct the rearraignment under Rule 11 and will, conditioned upon proper findings under that Rule, recommend acceptance of Defendant's guilty plea. Defendant will have the right to object to the Magistrate Judge's recommendation, and, upon such objection, the District Judge will review the relevant issue without deference to the particular decision of the Magistrate

Judge. The District Judge will finally decide whether to accept any guilty plea. Only the District Judge will sentence Defendant in this action.

3. Defendant voluntarily executes this consent, which he/she signs after sufficient consultation with counsel. Further, Defendant is competent to make the representations and decisions reflected in this consent.

This the 26th day of October, 2026.

Defendant

Counsel for Defendant